D1677590

# CITATION

CORINA ROMERO                          FIFTEENTH JUDICIAL DISTRICT

VS                                     PARISH OF VERMILION

DOLGENCORP LLC, ET AL                  STATE OF LOUISIANA

DOCKET NUMBER: C-108528

To:   DOLGENCORP LLC
      D/B/A DOLLAR GENERAL
      THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
      CORPORATION SERVICE COMPANY
      501 LOUISIANA AVE.
      BATON ROUGE, LA  70802

Parish:  EAST BATON ROUGE

     You are hereby summoned to comply with the demand contained in the Petition of
which a true and correct copy accompanies this citation, or make an appearance either by
filing an Answer or other pleading to said Petition, in the Fifteenth Judicial District Court
in and for the Parish of Vermilion, State of Louisiana, within **fifteen (15) days** after the
service hereof, under penalty of default.

     This service was ordered by **HOLLY J. LAMARCHE** and was issued by
the Clerk of Court on the **25TH DAY OF AUGUST, 2020.**

     * Also attached are the following documents:

_Kaylen Clark_

Deputy Clerk of Court for
Diane Meaux Broussard
Clerk of Court

---

SERVICE INFORMATION

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF
_____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS
DOMICILE IN THE PARISH IN THE HANDS OF _____, A
PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN
SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I
LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT
FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF
_____, 20____.

SERVICE  $_____          BY:_____
MILEAGE $_____
TOTAL    $_____           DEPUTY SHERIFF

ORIGINAL – RETURN          COPY – SERVICE          COPY - CLERK



CORINA ROMERO

**VERSUS**

**DOLGENCORP, LLC**
**D/B/A DOLLAR GENERAL and**
**DG LOUISIANA, LLC**

DOCKET NO.:\10858 SEC:A

15TH JUDICIAL DISTRICT COURT

PARISH OF VERMILION
STATE OF LOUISIANA

---

## PETITION FOR DAMAGES

Now into Court, through undersigned counsel, comes plaintiff, **CORINA ROMERO**, a person of legal age and majority, domiciled in the Parish of Vermilion, State of Louisiana, who respectfully represents the following, to wit:

1.

Made defendants herein are:

a. **DOLGENCORP, LLC d/b/a DOLLAR GENERAL**, a corporation authorized to do and doing business in the State of Louisiana, with its principal place of business at Goodlettsville, Tennessee; and

b. **DG LOUISIANA, LLC**, a corporation authorized to do and doing business in the State of Louisiana, with its principal place of business at Goodlettsville, Tennessee.

2.

The aforementioned defendants are justly and truly liable to the plaintiff, **CORINA ROMERO**, for damages, injuries which she sustained together with legal interest from the date of judicial demand and for all costs of these proceedings in the accident described herein, to wit.

3.

On or about August 25, 2019, plaintiff, **CORINA ROMERO**, was a patron of **DOLLAR GENERAL** located at 18838 Hwy 82, Abbeville, Louisiana.

4.

As **CORINA ROMERO** was proceeding out of **DOLLAR GENERAL**, she fell due to slime in front of the ice machine. The slime was a hidden or latent hazard to patrons such as **CORINA ROMERO.**

5.

The aforementioned slime caused **CORINA ROMERO** to slip and fall to the floor causing severe injuries.

6.

Plaintiff alleges upon information and belief that the area in front of the ice machine, which was within the care, custody and control of defendants, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL**, and **DG LOUISIANA, LLC**, was inadequately monitored for safety

hazards, and this lack of monitoring presented an unreasonable risk of harm which was foreseeable.

7.

Plaintiff alleges that the slime there for enough time to provide notice, and it was not cleaned up allowing a known hazard.

8.

Plaintiff alleges that defendants, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL** and **DG LOUISIANA, LLC,** allowed the unreasonably dangerous condition which caused harm to the plaintiff or had actual or constructive knowledge of the condition and failed to exercise reasonable care to prevent harm unto the plaintiff or other patrons.

9.

As a result of the above described incident, plaintiff, **CORINA ROMERO,** sustained severe and disabling injuries including, but not limited to her hip, neck and back.

10.

Plaintiff, **CORINA ROMERO,** claims the following damages as a result of the aforementioned accident and injuries:

1. Physical pain and suffering – past, present and future;

2. Mental pain, anguish and distress – past, present and future;

3. Loss of enjoyment of life – past, present and future;

4. Lost wages – past, present and future;

5. Disability- past, present and future;

6. Impairment of earning capacity – past, present and future;

7. Medical expenses – past, present and future;

8. Other elements of damages to be more fully set forth at the trial of this matter.

11.

Plaintiff alleges that defendants, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL and DG LOUISIANA, LLC,** are liable in solido for all such injuries caused by their fault and negligence under La. Civil Code article 2315, 2317, 2317.1, 2320, and 2322.

12.

In no way did plaintiff, **CORINA ROMERO,** contribute to or cause the accident sued upon herein.

13.

Plaintiff alleges that the proximate cause of the accident and of plaintiff's damages was the fault and negligence of **DOLGENCORP, LLC d/b/a DOLLAR GENERAL** and **DG LOUISIANA, LLC** which is described in part, but not exclusively, above and as follows:

1. In failing to exercise the degree of care that might reasonably be expected of an ordinarily prudent person under the same or similar circumstances;

2. In failing to exercise reasonable care to keep its floors in a reasonably safe condition;

3. In allowing the unreasonably dangerous condition to continue despite notice;

4. In failing to timely correct an unreasonably dangerous condition on its premises;

5. In failing to properly inspect its premises;

6. In failing to maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended; and

7. Any and all acts of negligence, omission, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish regulations and ordinances.

14.

Venue and Jurisdiction is proper as incident and injuries occurred in Vermilion Parish.

WHEREFORE, plaintiff prays that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the plaintiff, **CORINA ROMERO** and against the defendants, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL AND DG LOUISIANA, LLC**, jointly, severally, and in solido for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Plaintiff further prays for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

Holly J. Lamarche (#29304)
PO Box 51127
Lafayette, Louisiana 70505
Telephone: (337) 347-6517
Facsimile: (337) 704-2805
Attorney for CORINA ROMERO

A TRUE COPY

Attest:
Deputy Clerk of Court
Vermilion Parish, La

VERMILION PARISH, LA
FILED THIS DAY
2020 AUG 21  AM 11: 57
CLERK OF COURT

**PLEASE SERVE:**

**DOLGENCORP, LLC d/b/a DOLLAR GENERAL**
*through its registered agent for service of process:*
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA  70802

**DG LOUISIANA, LLC**
*Through its registered agent for service of process:*
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA  70802